UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DAVID WHITAKER, an individual; MON ETHOS PRO
CONSULTING, LLC, a Massachusetts limited liability
company,

        Plaintiffs,

vs.

BBF PARTNERS LLC, a New York domestic liability
company doing business as BUSINESS FUNDING SOURCE;
DAY TO DAY FUNDING LLC, a New York domestic
limited liability company; MZEED INC., a New York
domestic business corporation; RAPID CAP, INC., a New
York domestic business corporation; and JANE AND JOHN
DOES Nos 1-50 and/or XYZ CORPORATIONS 1-50

        Defendants.

---X

*Civil Action*

Case No. 20-cv-02831

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Mon Ethos Pro Consulting LLC, by and through its attorneys Buchalter, A Professional Corporation, states that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: June 26, 2020          Respectfully Submitted:

        <u>s/Tracy A. Warren</u>
        Tracy A. Warren (*Pro Hac Vice* forthcoming)
        Joanne N. Davies (*Pro Hac Vice* forthcoming)
        Ashley L. Milnes (*Pro Hac Vice* forthcoming
        Buchalter, A Professional Corporation
        655 W. Broadway, Suite 1625
        San Diego, California 92101
        T: (619) 219-5360
        twarren@buchalter.com
        jdavies@buchalter.com
        amilnes@buchalter.com

/s/ Lauren M. Paxton, Esq.
Lauren M. Paxton, Esq.
Calcagni & Kanefsky LLP
1085 Raymond Blvd., 14th Floor
Newark, NJ 07102
Tel: 862-233-8130
LPaxton@ck-litigation.com