UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X Case No. 20-CV-2831
DAVID WHITAKER, an individual; MON ETHOS PRO
CONSULTING, LLC, a Massachusetts limited liability
company,

Plaintiffs

-against-

BBF PARTNERS LLC, a New York domestic liability
company doing business as BUSINESS FUNDING SOURCE;
DAY TO DAY FUNDING LLC, a New York domestic limited
liability company; MZEED INC., a New York domestic
business corporation; RAPID CAP, INC., a New York
domestic business corporation; and JANE AND JOHN DOES
Nos 1-50 and/or XYZ CORPORATIONS 1-50

Defendants
-------------------------------------------------------------------------X

<u>**NOTICE OF APPEARANCE**</u>

**PLEASE TAKE NOTICE**, that the Berkovitch & Bouskila, through the undersigned

hereby appears as counsel on behalf of Defendants BBF Partners, LLC doing Business as

Business Funding Source; Day To Day Funding, LLC, and Rapid Cap, Inc. in the above-

captioned matter.

**PLEASE TAKE FURHTER NOTICE,** that the undersigned hereby requests to be

added to the service list in this case and copies of all notices and pleadings given or filed int his

case, and any other documents brought before this Court with respect to these proceedings be

given and served upon the following address. Berkovitch & Bouskila, PLLC 80 Broad St Suite

3303, New York, NY 10004 or through email at Ari@bblawpllc.com.

Dated: June 30, 2020

BERKOVITCH & BOUSKILA, PLLC


*Ariel Bouskila*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Ariel Bouskila, Esq.
80 Broad St Suite 3303
New York, New York 10004
212-729-1477x301