# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
**EASTERN DISTRICT OF NEW YORK**  FILED ON: 6/25/2020  INDEX NO.: 1:20-CV-02831-RPK-

DAVID WHIATKER, MON ETHOS PRO CONSULTING, LLC

Plaintiff(s)-Petitioner(s)

-vs-

BBF PARTNERS, LLC; DAY TO DAY FUNDING, LLC; MZEED INC.; RAPID CAP, INC., et al.

Defendant(s)-Respondent(s)

STATE OF NEW YORK }
COUNTY OF SARATOGA  ss.}

I, Mark McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years and is not a party in this proceeding and resides in the State of New York.

On JULY 14, 2020 at 1:30 P.M.
Deponent served a true copy of **SUMMONS IN A CIVIL ACTION, VERIFIED COMPLAINT JURY TRIAL DEMANDED**

bearing index number: 1:20-CV-02831-RPK-  and date of filing: 6/25/2020
upon **DAY TO DAY FUNDING, LLC**
at address: **SECRETARY OF STATE, 99 WASHINGTON AVENUE**
city and state: **ALBANY, NY 12210**

## MANNER OF SERVICE}

*Personal*
☐ By delivering to and leaving with personally} known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

*Suitable Age Person*
☐ By delivering and leaving with personally} at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

*Authorized Agent*
☒ By delivering and leaving 2 copies with} **SUE ZOUKY, BUSINESS DOCUMENT SPECIALIST** the agent for service on the person in this proceeding designated under 303 LLC. Service having been made to such person at the place, date and time above.

*Affixing to Door, Etc.*
☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

*Mailing*
☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on          . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by __first class mail __certified mail __registered mail __return receipt requested. Certified/Registered mail #

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or the United States as the term is defined in either State or Federal statutes.

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE        Race/Skin Color: WHITE        Hair Color: BLONDE
Approximate Age: 60 years  Approximate Height: 5'4"   Approximate Weight: 130 pounds
Other:

Subscribed and sworn before me on} JULY 14, 2020

_____
Notary Public, State of New York
Karen E. Rock
Qualified in Schenectady County
Number 01R06065213
Expires: October 9, 2021
NLS #: 220004

Calcagni & Kanefsky, LLP
85 Broad Street, Suite 17031
New York, NY 10004

_____
Mark McClosky
Deponent

FIRM FILE # 2020001043