UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID WHITAKER, an individual; MON ETHOS PRO CONSULTING, LLC, a Massachusetts limited liability company,<br><br>      Plaintiffs,<br><br>vs.<br><br>BBF PARTNERS LLC, a New York domestic liability company doing business as BUSINESS FUNDING SOURCE; DAY TO DAY FUNDING LLC, a New York domestic limited liability company; MZEED INC., a New York domestic business corporation; RAPID CAP, INC., a New York domestic business corporation; and JANE AND JOHN DOES Nos 1-50 and/or XYZ CORPORATIONS 1-50<br>      Defendants. | Case No. 1:20-cv-02831-RPK-RML |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs DAVID WHITAKER and MON ETHOS PRO CONSULTING, LLC (collectively "Plaintiffs"), by and through their undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendants. No Defendant has filed an answer or motion for summary judgment in this case.

Dated:  September 28, 2020          Respectfully submitted by:

                     CALCAGNI & KANEFSKY LLC

                     By:  /s/ *Lauren M. Paxton*
                       Lauren M. Paxton, Esq. (LP5051)
                       85 Broad Street, Suite 17031
                       New York, New York 10004
                       (862) 397-1796
                       Lpaxton@ck-litigation.com
                       *Attorneys for Plaintiffs David Whitaker and Mon Ethos Pro Consulting, LLC*

BUCHALTER,
A Professional Corporation

By:    /s/ *Tracy A. Warren*
      Tracy A. Warren, Pro Hac Vice
      Joanne N. Davies, Pro Hac Vice
      655 W. Broadway, Suite 1625
      San Diego, California 92101
      (619) 219-5360
      twarren@buchalter.com
      jdavies@buchalter.com
      *Attorneys for Plaintiffs David Whitaker and Mon Ethos Pro Consulting, LLC*